JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone:  916.441.2196
Facsimile:  916.441.5208
Attorneys for Plaintiff COLLEEN LOUISE HARNEY

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN LOUISE HARNEY,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. et al.,<br><br>       Defendants. | Case No. Civ-F-04-5581 OWW DLB<br><br>**STIPULATION OF THE PARTIES TO CONTINUE EXPERT WITNESS DISCLOSURE DATES; ORDER** |

PURSUANT TO LOCAL RULES 6-144 AND 83-143, AND SUBJECT TO THE APPROVAL OF THIS COURT, the parties in the above-referenced matter hereby stipulate and respectfully request that this Court's Scheduling Order, dated December 10, 2004, be modified as follows:

1. the last day to disclose expert witnesses be continued from June 30, 2005 to July 28, 2005;

2. the last day to file supplemental expert disclosures be continued from July 29, 2005 to August 26, 2005.

The parties contend that there is good cause for this request.  The parties have agreed to conduct a Mediation in this matter in early May 2005.  The parties seek the continuance of the above dates so that the parties can avoid incurring additional fees and expenses associated with retaining experts

Stipulation; Order

Doc No 27643

1

PDF created with pdfFactory trial version www.pdffactory.com

1  (including having those experts prepare reports and be prepared to testify at the time of designation)
2  prior to the Mediation, and so that the parties can have sufficient time to retain experts, if need be, after
3  the Mediation.  Furthermore, the parties agree that continuance of the above dates will not, in any way,
4
5  disturb the scheduling of this matter as the parties have conducted extensive discovery in this matter,
6  and the parties fully anticipate completing discovery by September 30, 2005, the discovery deadline in
7  this matter.

Dated:                                                           Respectfully Submitted,

BEESON, TAYER & BODINE, APC


By:   /s/  Costa Kerestenzis
       Costa Kerestenzis,
       Attorneys for Plaintiff


Dated:                                                           Respectfully Submitted,

PAUL, HASTINGS, JANOFSKY &
WALKER LLP


By:   /s/  Laura Monfredini
       Laura Monfredini,
       Attorneys for Defendant


**IT IS SO ORDERED.**

Dated:
April 19, 2005

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge

Stipulation; Order

Doc No 27643

PDF created with pdfFactory trial version www.pdffactory.com