JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone:  916.441.2196
Facsimile:  916.441.5208
Attorneys for Plaintiff COLLEEN LOUISE HARNEY

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN LOUISE HARNEY,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. et al.,<br><br>                    Defendants. | Case No. Civ-F-04-5581 OWW DLB<br><br>**ORDER RE DISMISSAL OF ACTION** |

**TO ALL THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that upon review of the Stipulation of the Parties requesting dismissal, filed on or about July 11, 2005, and with good cause appearing, **IT IS HEREBY ORDERED** that the above-referenced action is dismissed with prejudice, each side to bear their own attorney's fees and costs.

Dated: July 13, 2005                                                          /s/ OLIVER W. WANGER__
                                                                                          HON. OLIVER W. WANGER,
                                                                                          United States District Judge

[Proposed] Order re Dismissal of Action
04cv5581.dismissal

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 – 6th Street, Suite 500, Sacramento, California 95814  On this day I served the foregoing Document(s): [Proposed] Order Re Dismissal of Action

☐ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Laura Monfredini, Esq.
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA  94105-3441

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below.  Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, July 13, 2005.

_____
Sara Cummings
BEESON, TAYER & BODINE
1001-6th Street, Suite 500
Sacramento, CA  95814

PDF created with pdfFactory trial version www.pdffactory.com